[No. 65979-1-I.   Division One.   July 5, 2011.]

*In the Matter of the Marriage of* ALEXANDRA VAN ANTWERP, *Respondent,* and ROBERT LELAND GROPPER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-3-07823-9, Mariane C. Spearman, J., entered August 11, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Appelwick, J.

[No. 66132-9-I.   Division One.   July 5, 2011.]

THE STATE OF WASHINGTON, *Respondent,* v. KERMIT RICHARD SCHREIBER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 08-1-12070-4, Mary Yu, J., entered September 29, 2010. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 66173-6-I.   Division One.   July 5, 2011.]

THE STATE OF WASHINGTON, *Respondent,* v. SERGEY Y. BASOV, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 09-1-07220-1, Suzanne M. Barnett, J., entered October 4, 2010. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 66938-9-I.   Division One.   July 5, 2011.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES JEFFREY DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-00963-9, Paula Casey, J., entered May 6, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Ellington, JJ.